Rebecca Noblin (Alaska Bar. No. 0611080)
Marlee Goska (Alaska Bar No. 2305043)
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
(907) 350-4822
mgoska@biologicaldiversity.org
rnoblin@biologicaldiversity.org

*Attorneys for Plaintiffs Native Village of Hooper Bay, et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>*Defendants*,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>*Defendant-Intervenors*. | Case No. 3:26-cv-00272-ACP<br><br>**LEAD CASE** |
| NATIVE VILLAGE OF HOOPER BAY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al., | Case No. 3:26-cv-00274-ACP<br><br>**CONSOLIDATED** |

*Defendants*,

KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,

*Defendant-Intervenors*.

**NOTICE OF DISMISSAL AS TO PLAINTIFF CHEVAK NATIVE VILLAGE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Chevak Native Village files this notice that it shall be dismissed as a plaintiff in this case. The notice does not apply to the remaining plaintiffs.

Respectfully submitted this 20th day of October, 2026,

*s/ Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
Center for Biological Diversity

*Attorneys for Plaintiffs Native Village of Hooper Bay, et al.*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, a copy of the foregoing Notice of Dismissal as to Plaintiff Chevak Native Village was served electronically through the CM/ECF system on counsels of record.

*s/ Marlee Goska*
Marlee Goska
Center for Biological Diversity